**Dismissed and Memorandum Opinion filed April 15, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00514-CV

---

### ELIZABETH LAGUNA, Appellant

### V.

### HOUSTON HOUSING AUTHORITY, Appellee

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1031234**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed June 10, 2013. The clerk's record was filed August 16, 2013. The reporter's record was filed October 29, 2013. Appellant's brief was due December 2, 2013. Appellant requested and was granted two extensions of time to file her brief until February 3, 2014. No brief was filed, and appellant did not request a further extension of time to file the brief. *See* Tex. R. App. P. 38.6(a), (d).

On March 4, 2014, this court issued an order stating that unless appellant filed a brief on or before March 24, 2014, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Wise.